**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TASHA MARTIN,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **IMPACT HEALTH,** | : | |
| *Defendant.* | : | No.  23-cv-04447 |

# ORDER

**AND NOW**, this **23rd** day of **July 2024**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiffs' Amended Complaint  (ECF No. 53) is **GRANTED.**

2. The above-captioned action is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this matter.

   **BY THE COURT:**

   /s/ Chad F. Kenney
   _____
   **CHAD F. KENNEY, JUDGE**